FILED:  May 29, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4276
(2:14-cr-00094-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

and

STATE OF WEST VIRGINIA

       Intervenor - Appellee

v.

GARY DALE SPURLOCK

       Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to file separate

briefs, the court grants the motion and extends the deadline for the response brief of

State of West Virginia to August 6, 2015.  Any reply brief is due within 10 days of

the filing of State of West Virginia's response brief.

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk